■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY ALLEN BUCKMON, Appellant. [765 NYS2d 806] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 15, 2002 *(People v Buckmon,* 293 AD2d 623 [2002]), affirming a judgment of the County Court, Rockland County, rendered August 18, 1998.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel *(see Jones v Barnes,* 463 US 745 [1983]). Prudenti, P.J., Feuerstein, Friedmann and H. Miller, JJ., concur.